JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN RODRIGUEZ, | Case No. CV 13-3642 JFW(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| AMY MILLER, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: February 6, 2015

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE